**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6425**

_____


TROY D. DREW,

Plaintiff - Appellant,

versus

S. K. YOUNG, Warden; R. A. YOUNG, Regional
Director; H. WILKINS, investigator; B. J.
RAUIZEE, Ombudsman; A. P. HARVEY, Assistant
Warden,

Defendants - Appellees.


_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-02-542-7)

_____

Submitted: July 1, 2003          Decided: August 6, 2003

_____

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Troy D. Drew, Appellant Pro Se.  Christopher Garrett Hill, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Troy D. Drew appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Drew v. Young, No. CA-02-542-7 (W.D. Va. Feb. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED